THE DUTCH REFORMED CHURCH OF THE TOWN OF SUMMIT, NEW YORK, Respondent, *v.* WILLIAM L. HARDER et al., Appellants.

(Argued March 21, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made November 25, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*M. S. Wilcox* and *Wm. C. Lamont* for appellants.

*F. R. Gilbert* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.